# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

160617

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

ROBERT LEE HARRINGTON, JR.,
　　　　Defendant-Appellant.

SC: 160617
COA: 349716
Wayne CC: 90-001754-FC

_____/

　　　On order of the Court, the application for leave to appeal the October 17, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

p1116